**E-FILED**
Thursday, 01 November, 2007 10:51:29 AM
Clerk, U.S. District Court, ILCD

**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

OCT 2 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NICOLE AMES, Administrator of the Estate of Nicholas Eaton, | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. __07-4068__ |
| vs. | ) ) |
| THE ROCK ISLAND BOAT CLUB, RIKAT CORPORATION d/b/a RICK AND KATHY'S LOUNGE, BIG HEAD, INC. d/b/a THIRSTY BEAVER, TRI-COVE LTD. d/b/a TRIANGLE INN | ) COMPLAINT AND JURY DEMAND ) ) ) ) |
| Defendants. | ) ) ) |

## COMPLAINT AND JURY DEMAND

Nicole Ames, Administrator of the Estate of Nicholas Eaton ("Plaintiff"), for its

complaint against the Defendants, The Rock Island Boat Club, RIKAT Corporation d/b/a Rick

and Kathy's Lounge, Big Head, Inc. d/b/a Thirsty Beaver and Tri-Cove Ltd., d/b/a Triangle Inn

(hereinafter collectively referred to as "Defendants"), states and alleges as follows:

## THE PARTIES

1.  Plaintiff, Nicole Ames, Administrator of the Estate of Nicholas R. Eaton,

    deceased, which is being probated in the Iowa District Court in and for Scott

    County, Iowa as Probate No. 69491 and the deceased Nicholas Eaton were

1

residents of Scott County, Iowa at the time of his death and the Administrator, Nicole Ames is also a resident of Scott County, Iowa.

2.      The Defendants, The Rock Island Boat Club, RIKAT Corporation d/b/a Rick and Kathy's Lounge, Big Head, Inc. d/b/a Thirsty Beaver and Tri-Cove Ltd., d/b/a Triangle Inn are all Illinois corporations licensed to sell intoxicating liquor by the State of Illinois and all of whom are located in Rock Island County, Illinois.

## JURISDICTION

The Jurisdiction of this Court is premised upon 28 U.S.C. Section 1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs in this action seeking damages from these Defendants for the sale and service of intoxicating liquor to Matthew Irwin.

## VENUE

Venue is premised upon 28 U.S.C. Section 1391 as all the Defendants have businesses in Rock Island County, Illinois.

## DRAM SHOP ACTION

1.      On or about April 28th and 29th, 2007, upon information and belief, all of these Defendants sold or served alcohol to a point where these Defendants knew or should have known that Matthew Irwin would become intoxicated.

2

2. That the alcohol served by these Defendants was the proximate cause of Matthew Irwin's intoxication at the time of the incident in which the injuries to Nicholas Eaton occurred.

3. That Matthew Irwin, while intoxicated from the alcohol served by these defendants, negligently drove a vehicle from Illinois into Iowa and while in Iowa he struck a vehicle being driven by Nicholas Eaton resulting in the death of Nicholas Eaton.

4. That Matthew Irwin was legally intoxicated at the time of the accident and his intoxication was a result of the alcohol served upon him by these Defendants.

5. That R.R.E.A. born September 13, 2005 is the only child of Nicholas R. Eaton and is the sole heir of the estate.

6. That as a result of the death of Nicholas Eaton, as a result of Matthew Irwin's intoxication by the service of alcohol to him by these Defendants the estate has incurred the following damages:

   a. Loss of support.

   b. Loss of consortion.

   c. Loss of increase in the value of the estate.

7. That all of these Defendants and all of these Defendant's insurance carrier, Illinois Casualty Company have been given written notice of the Plaintiff's intention to bring Dram Shop Action within six (6) months of the occurrence of the automobile accident and death of Nicholas Eaton pursuant to the provisions of Iowa Code Section 123.93.

3

WHEREFORE, Nicole Ames, Administrator of the Estate of Nicholas Eaton prays that

this Court grant Judgment against these Defendants jointly and severally in favor of the Plaintiffs

in a fair and reasonable amount.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.


Respectfully submitted,


David A. Millage, Lead Counsel
Gallagher, Millage & Gallagher, P.L.C.
4301 East 53rd Street, Suite 300
Davenport, IA 52807
Telephone:    (563) 388-8417
Facsimile:    (563) 388-9240
dmillage@gmglawfirm.com